NDFL Prob 35
(1/92)

Report and Order Terminating Probation/
Supervised Release
Prior to Original Expiration Date

## UNITED STATES DISTRICT COURT
### for the
### Northern District of Florida

UNITED STATES OF AMERICA

V.

Crim. No. 3:11CR46-001

PERNELL A. LUCAS

On December 23, 2011, the above named was placed on Supervised Release for a period of three (3) years. He has complied with the rules and regulations of Supervised Release and is no longer in need of Supervised Release. It is accordingly recommended that Pernell A. Lucas be discharged from Supervised Release.

Respectfully submitted,

*Bryan E. Jansen* ③

Bryan E. Jansen
U.S. Probation Officer

### ORDER OF THE COURT

Pursuant to the above report, it is ordered that the defendant is discharged from Supervised Release and that the proceedings in the case be terminated.

Dated this **30** day of **Dec**, 2013.

The Honorable Lacey A. Collier
Senior United States District Judge

Rec'd 12 31 '13 USDC Fln 3AM 11 08